JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas A. Seaman, etc., ) | |
|               Plaintiff, ) | |
| -v- ) | Case CV 09-08532-DOC(RNBx) |
| Valley Health Care, etc., et al. ) | ORDER DISMISSING CIVIL ACTION |
|              Defendants. ) | |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

DATED: December 8, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge